IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FORT GORDON HOUSING, LLC d/b/a    *
BALFOUR BEATTY COMMUNITIES,       *
                                  *
        Plaintiff,                *
                                  *         CV 118-014
        v.                        *
                                  *
JANINA DANIEL,                    *
                                  *
        Defendant.                *
                                  *
                                  *
                                  *

_____

**O R D E R**

_____

Presently before the Court is Plaintiff's voluntary
dismissal pursuant to Federal Rule of Civil Procedure
41(a)(1)(A)(i). (Doc. 5.) Because the opposing party has
served neither an answer nor a motion for summary judgment,
Plaintiff's voluntary dismissal is proper. Accordingly, this
matter shall be **DISMISSED**. The Clerk is instructed to **CLOSE**
this case.

**ORDER ENTERED** at Augusta, Georgia, this __5th__ day of March,
2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA